UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

PROSEQUENDUM
TERRELL MICKLES

CC# 10-0052

24-CV-173-TFM-B

V.

WALMART @ FOLEY, AL

FILED MAY 28 '24 PM 3:26 USDCAL

# CIVIL ACTION COMPLAINT
42 USC 1983 NOTICE OF LIEN

SCOPE... 10 USC 952-925... BANK
VEHICLE RECALL... (EXHIBIT) 1
NOTICE OF LIEN 29 USC 1132

$ 900 ZILLION DOLLAR'S

ID 417136195

# VISA-COLONIAL : CABINET FOIC
# NOTICE OF LIEN

WEBSTER : FORUM                29 USC 1132

1. VISA @ SHAUN - N.Y.
2. VISA @ VICTORIA A. BOLDEN - N.Y.
3. VISA @ CHRISTIAN SALINARDI - N.Y.
4. VISA @ KEARSE - N.Y.
5. VISA @ MAHONEY - N.Y.
6. VISA @ CARDAMONE - N.Y.
7. VISA @ DAVID A. BAKER - FL
8. VISA @ DAVID STOLLER - FL
9. VISA @ MYRON H. THOMPSON - AL
10. VISA @ JAY DANIEL St. CLAIR - AL
11. VISA @ NELSON PEREZ - AL
12. VISA @ ABDUL K. KALLON - AL
13. VISA @ DONALD D. ALSOP - MISSOURI
14. VISA @ LOKEN MURPHY - MISSOURI
15. VISA @ RALPH V. HART - MISSOURI
16. VISA @ VERONICA L. DUFFY - MISSOURI
17. VISA @ JOHN W. BURKE - MISSOURI

REDRESS $900 ZILLION DOLLAR'S

TERRELL NICKLES #11733003 (C119)
FEDERAL CORRECTIONAL COMPLEX USPT: TAMPA FL 335
P. O. BOX 1033 COLEMAN, FL 33521-1933
22 MAY 2024 PM 7 L

UNITED STATES DISTRICT
LAW CLER
155 ST. JOS
MOBILE, AL 366

36602-368399