# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERRELL MICKLES, #11733-003,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:24-cv-173-TFM-B |
| **WALMART,** | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On June 3, 2024, the Magistrate Judge entered a Report and Recommendation which recommends this action be dismissed without prejudice pursuant to 28 U.S.C.§ 1915(g).  *See* Doc. 3.   No objections were filed and the time frame has passed.

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 10th day of July 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE